AO 442 (REV. 12/85)

# UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | CRIMINAL COMPLAINT |
| vs. | § | CASE NUMBER: DR:25-M -05577(1) |
| | § | |
| (1) Darwing Alberto VARELA | § | |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 10, 2025** **in** **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, Darwing Alberto VARELA, an alien, entered, or was found in the United States at or near Eagle Pass, Texas, after having been denied admission, excluded, deported, or removed from the United States through Nogales, Az on 10/08/2025, and not having obtained the express consent of the Secretary of the Department of Homeland Security or the Attorney General of the United States to reapply for admission thereto. Defendant being voluntarily in the United States unlawfully , a felony,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

.

I further state that I am a(n) **Border Patrol Agent, CUMMINGS, MICHAEL A.** and that this complaint is based on the following facts: *"The defendant, Darwing Alberto VARELA, was arrested by Border Patrol Agents, on December 10, 2025 for being an alien illegally present in the United States. Investigation and records of*

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

/s/ CUMMINGS, MICHAEL A.
Signature of Complainant
CUMMINGS, MICHAEL A.

12/11/2025
File Date

at DEL RIO, Texas
City and State

JOSEPH A CORDOVA
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs. Case Number: DR:25-M -05577(1)

(1) Darwing Alberto VARELA

**Continuation of Statement of Facts:**

the Bureau of Citizenship and Immigration Services reveal the defendant was previously deported from the United States on 10/08/2025 through Nogales, Az. The defendant was found in the Western District of Texas without having obtained permission from the Secretary of Homeland Security or the Attorney General of the United States to re-apply for admission after being deported. The defendant is unlawfully present in the United States."

____________________________
Signature of Judicial Officer

/s/ CUMMINGS, MICHAEL A.
Signature of Complainant