**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**DEL RIO DIVISION**

| | | |
|---|---|---|
| **United States of America** | § | |
| | § | |
| **vs.** | § | **Case Number: DR:25-M -05577(1)** |
| | § | |
| **(1) Darwing Alberto VARELA** | § | |

**ORDER RESETTING PRELIMINARY EXAMINATION / DETENTION HEARING**

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for 9:00 AM, in Courtroom 2, on the Second Floor of the United States Courthouse, 111 E. Broadway, Del Rio, TX, on December 23, 2025.

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, United States Probation Office, and any surety or custodian, if applicable. Further, counsel for the defendant shall notify the defendant of this setting. If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this 17th day of December, 2025

**JOSEPH A CORDOVA**
**UNITED STATES MAGISTRATE JUDGE**